# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **INVENSAS CORPORATION,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.**<br>**and SAMSUNG ELECTRONICS**<br>**AMERICA, INC.,**<br><br>　　**Defendants.** | No. 2:17-CV-00670-RWS-RSP |

## ORDER APPOINTING MEDIATOR

In light of the parties' Notice of Agreed Mediator [Dkt. # 30], the Court appoints the Honorable David Folsom, Jackson Walker, L.L.P., 6002 Summerfield Drive, Suite B, Texarkana, Texas 75503, T:(903) 255-3251, dfolsom@jw.com, as mediator in this case. Plaintiff's counsel is responsible for timely contacting Judge Folsom. Defendants' counsel must coordinate a date for the mediation.

The Court-Annexed Mediation Plan, which is available on the Court's website, will govern mediation. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) necessary for full authority to negotiate a settlement at the mediation conference. Exceptions to this requirement may be made only by the presiding judge in writing.

**SIGNED this 9th day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE