# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INVENSAS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:17-cv-670-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff, Invensas Corporation ("Invensas"), on behalf of all parties, files this motion and respectfully requests the Court to amend the Docket Control Order (Dkt. No. 35) to include a deadline of November 6, 2018 to Complete Expert Discovery. It appears that the deadline for this event was inadvertently left blank.

Attached is a proposed Amended Docket Control Order that reflects the change requested above.

Dated:  January 29, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew J. Moore w/permission Andrea Fair*
　　　　　　　　　　　　　　　　　　　　Matthew J. Moore
　　　　　　　　　　　　　　　　　　　　E-mail: Matthew.Moore@lw.com
　　　　　　　　　　　　　　　　　　　　Lawrence J. Gotts
　　　　　　　　　　　　　　　　　　　　E-mail: Lawrence.Gotts@lw.com
　　　　　　　　　　　　　　　　　　　　Alan M. Billharz
　　　　　　　　　　　　　　　　　　　　E-mail: Alan.Billharz@lw.com
　　　　　　　　　　　　　　　　　　　　David A. Zucker
　　　　　　　　　　　　　　　　　　　　E-mail: David.Zucker@lw.com
　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　　　　　　555 Eleventh Street, NW Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-1304

(202) 637-2200

Maximilian A. Grant
E-mail: Max.Grant@lw.com
Clement J. Naples
E-mail: Clement.Naples@lw.com
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200

Amit Makker
E-mail: Amit.Makker@lw.com
Brian W. Lewis (pro hac vice)
E-mail: Brian.W.Lewis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095

T. John Ward
Texas State Bar No. 20848000
E-mail: tjw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff Invensas Corporation*


 /s/ *Melissa Smith  w/permission Andrea Fair*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Brian M. Berliner (Cal. Bar No. 156732)
bberliner@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street

2

Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Darin W. Snyder (Cal. Bar No. 136003)
dsnyder@omm.com
Mark Liang (Cal. Bar No. 278487)
mliang@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

D. Sean Trainor (D.C. Bar No. 463514)
dstrainor@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20037
Telephone: 202-383-5300
Facsimile: 202-383-5414

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on January 29, 2018.

*/s/ Andrea Fair*