**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INVENSAS CORPORATION | § § | |
| v. | § § | Case No. 2:17-CV-0670-RWS-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § | |

**Motion Hearing
MAG. JUDGE ROY PAYNE PRESIDING
June 13, 2018**

**OPEN:**  9:00 am                                                                  **ADJOURN:**  11:30 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Larry Gotts<br>Clement Naples<br>Andrea Fair |
| ATTORNEY FOR DEFENDANTS: | Brian Berliner<br>Darin Snyder<br>Gil Gillam |
| LAW CLERK: | Clint South |
| COURT REPORTER: | Tammy Goolsby |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Andrea Fair announced ready and introduced co-counsel.  Gil Gillam announced ready and introduced co-counsel.

Clement Naples informed the Court of certain agreements regarding Plaintiff's Motion to Compel Discovery from Defendants (Dkt. No. 84).  Brian Berliner responded.  The motion was granted in part and deferred in part.

A teleconference will be set on June 20, 2018 at 10:00 a.m. for the parties to inform the Court about the status of the stipulated representative product.

Darin Snyder then argued Defendants' Motion to Sever and Stay Proceedings for the '231 and '946 Patents (Dkt. No. 44).  Larry Gotts responded for plaintiff.  The Court took the motion under submission.