**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INVENSAS CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:17-cv-00670-RWS-RSP |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

For the reasons explained at the hearing on June 13, 2018, Invensas' motion to compel, ECF No. 84, is GRANTED IN PART and DEFERRED IN PART. Samsung is ordered to produce the discovery Invensas requested related to (1) chips packaged using Samsung's internally named "2-Layer" substrates; and (2) documents Invensas requested related to the 14 nm chips. The motion to compel is granted to that extent. Resolution of the issue regarding the final category of discovery requested by Invensas is deferred pending the parties' negotiations related to a representative product stipulation.

**SIGNED this 15th day of June, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE