# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INVENSAS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:17-cv-670-RWS-RSP<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS

Plaintiff Invensas Corporation ("Invensas") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") in accordance with Local Patent Rule 3-6, hereby jointly move the Court for leave to amend the parties' respective disclosures under Local Patent Rule 3.

On August 26, 2018 and August 16, 2018, the parties exchanged proposed amended infringement and invalidity contentions, respectively. The parties represent to the Court that the exchange of amended contentions will not prejudice any party with respect to their ability to meet future deadlines in the case. The parties also jointly agree that good cause otherwise exists under Local Patent Rule 3-6(b) to amend their original contentions, and thus hereby jointly move the Court for the following relief: (1) that Plaintiff be permitted to amend its P.R. 3-1 and 3-2 Infringement Contentions and Accompanying Document Production; and (2) that Defendants be permitted to amend their P.R. 3-3 and 3-4 Invalidity Contentions and Accompanying Document Production.

WHEREFORE, the parties respectfully request that the Court grant this joint motion and permit amendment of their respective infringement and invalidity contentions.

Dated: August 31, 2018

Respectfully submitted,

 /s/ Melissa R. Smith
Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Brian M. Berliner (Lead Counsel)
California Bar No. 156732
Email: bberliner@omm.com
Ryan K. Yagura
Texas State Bar No. 24075933
Email: ryangura@omm.com
Anthony Beasley
Texas State Bar No. 24093882
Email: tbeasley@omm.com
Vincent Zhou
State Bar No. 251969
Email: vzhou@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Darin W. Snyder
California Bar No. 136003
Email: dsnyder@omm.com
Mark Liang
California Bar No. 278487
Email: mliang@omm.com

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

D. Sean Trainor
D.C. Bar No. 463514
Email: dstrainor@omm.com
Mishima Alam
State Bar No. 1027654
Email: malam@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, D.C. 20037
Telephone: (202) 384-5300
Facsimile: (202) 383-5414

*Counsel for Defendants*
*Samsung Electronics Company, Ltd. and*
*Samsung Electronics America, Inc.*

*/s/ Lawrence J. Gotts*
Clement J. Naples
New York Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864

Matthew J. Moore
DC Bar No. 453773
Lawrence J. Gotts
DC Bar No. 417219
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Matthew.Moore@lw.com
Lawrence.Gotts@lw.com

Joseph H. Lee
California Bar No. 248046
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: 714-540-1235
Fax: 714-755-8290
Joseph.Lee@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com
Brian.W.Lewis@lw.com

T. John Ward
Texas State Bar No. 20848000
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com

***Attorneys for Plaintiff***
***Invensas Corporation***

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 31, 2018.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith