**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INVENSAS CORPORATION, | |
| Plaintiff, | Civil Action No. 2:17-cv-670-RWS-RSP |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

<u>**NOTICE OF OPINION IN RELATED CASE**</u>

Plaintiff Invensas Corporation ("Plaintiff" or "Invensas") hereby files this Notice of Opinion and informs the Court of the attached Opinion and Order in *Invensas Corporation v. Samsung Electronics CO., Ltd., et al.*, Case No. 17-1363-MN-SRF, D.I. 61 (D. Del. Oct. 2, 2018) (attached as Ex. A and Ex. B, respectively).  As the Court is aware, Invensas has a co-pending lawsuit against Samsung Electronics Co., Ltd. and Samsung Austin Semiconductor, LLC in the District of Delaware involving the '231 and '946 Patents (the "Delaware Action").  As in this case, the Samsung entities filed a motion to stay the Delaware Action based on their petitions for *inter partes* review of the '231 and '946 Patents.  On October 2, 2018, the Delaware Court denied Samsung's motion to stay.  The Opinion and Order denied Samsung's motion to stay based on the filing of the *inter partes* review are attached as Exhibits A and B to this notice.

Dated: October 9, 2018                       Respectfully submitted,

                                         */s/ Lawrence J. Gotts by permission Claire Henry*
                                         Lawrence J. Gotts

DC Bar No. 417219
Alan M. Billharz
DC Bar No. 1034089
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Lawrence.Gotts@lw.com
Alan.Billharz@lw.com

Clement J. Naples
New York Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864
Clement.Naples@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com
Brian.W.Lewis@lw.com

T. John Ward
Texas State Bar No. 20848000
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Invensas Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on October 9, 2018.

<em>/s/ Claire Henry</em>